STATE OF NORTH CAROLINA     IN THE COURT OF GENERAL JURISDICTION
COUNTY OF ROBESON     FILED     SUPERIOR COURT DIVISION
Civil Case No.: 20 CVS 2757

2021 NOV -5 P 4: 36
ROBESON CC., C.S.C.
BY_____

| | |
|---|---|
| KELLEY MCGLONE, | ) |
| Plaintiff, | ) |
| vs. | ) **AFFIDAVIT OF SERVICE** |
| OUTBACK STEAKHOUSE OF FLORIDA, LLC, | ) |
| Defendant. | ) |

Michael J. Levine, attorney for Plaintiff, being first duly sworn, deposes and says:

1. That he is an attorney for the Plaintiff in this action.

2. That the Defendant is subject to service of process in accordance with the North Carolina Rules of Civil Procedure.

3. That on October 20, 2020, a Summons and Complaint were deposited in the United States Post Office for mailing by certified mail, return receipt requested addressed to the Defendant, Outback Steakhouse of Florida, LLC, c/o Corporate Creations Network Inc., 157 Brixham Hill Ave., Ste. 300, Charlotte, NC 28227.

4. That said Summons and Complaint were in fact, received by Defendant, Outback Steakhouse of Florida, LLC, c/o Corporate Creations Network, Inc., on or about October 24, 2020 at 12:57 p.m., as evidenced by the attached certified receipt and the United States Postal Service Track & Confirm Shipment History indicating delivery to Defendant (See Exhibit A).

5. That on October 20, 2020, a Summons and Complaint were deposited in the United States Post Office for mailing by certified mail, return receipt requested addressed to the

**EXHIBIT 4**

1

Defendant, Outback Steakhouse of Florida, LLC, 2202 N. West Short Blvd., 5th Floor, Tampa, FL 33607.

6. That said Summons and Complaint were in fact, received by Defendant, Outback Steakhouse of Florida, LLC, on or about October 26, 2020 at 2:28 p.m., as evidenced by the attached certified receipt and the United States Postal Service Track & Confirm Shipment History indicating delivery to Defendant (See Exhibit B).

7. That service of the Civil Summons and Complaint on the Defendant was made pursuant to Rule 4 of the North Carolina Rules of Civil Procedure.

This the 3rd day of November, 2020.

LEVINE LAW GROUP, P.A.
Attorney for Plaintiff

By: _____
Michael J. Levine, Esq.
North Carolina State Bar No.: 23836
Post Office Box 3308
Mooresville, NC 28117
Telephone: (704) 660-1770
Facsimile: (704) 660-1775

Sworn to and subscribed before me
This the 3rd day of November, 2020.

_____
NOTARY PUBLIC
My Commission Expires: 8/12/2025



2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Affidavit of Service was served upon Defendant by depositing a copy of the same in an official depository of the United States postal service in a First Class, postage paid envelope addressed to:

Outback Steakhouse of Florida, LLC
c/o Corporate Creations Network, Inc.
15720 Brixham Hill Ave., Ste. 300
Charlotte, NC 28227

Outback Steakhouse of Florida, LLC
2202 N. West Blvd., 5th Floor
Tampa, FL 33607

This the _3rd_ day of November, 2020.

LEVINE LAW GROUP, P.A.

By: _____
Michael J. Levine, Esq.
NC Bar No.: 23836
Post Office Box 3308
Mooresville, NC 28117
Telephone: (704) 660-1770
Facsimile: (704) 660-1775
*Attorneys for Plaintiff*

3

RECEIVED
NOV 0 9 2020
Name: _TMG_

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To *Outback Steakhouse of Florida LLC*
Street and Apt. No., or PO Box No. *c/o Corporate Creations Network Inc*
City, State, ZIP+4® *15720 Brixham Hill Ave Ste 300 Charlotte NC 28277*

Postmark Here: OCT 20 2020, MOORESVILLE NC 28117, K. McGlone (SPC)

Article Number: 7019 2280 0001 2072 5482

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Outback Steakhouse of Florida LLC
   c/o Corporate Creations Network Inc
   15720 Brixham Hill Ave. Ste 300
   Charlotte NC 28277

   9590 9402 5632 9308 0494 58

2. Article Number *(Transfer from service label)*
   7019 2280 0001 2072 5482

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X *CV-19*  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**PLAINTIFF'S EXHIBIT A**

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70192280000120725482

Remove X

Your item was delivered to the front desk, reception area, or mail room at 12:57 pm on October 24, 2020 in CHARLOTTE, NC 28277.

## ✓ Delivered

October 24, 2020 at 12:57 pm
Delivered, Front Desk/Reception/Mail Room
CHARLOTTE, NC 28277

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∧

October 24, 2020, 12:57 pm
Delivered, Front Desk/Reception/Mail Room
CHARLOTTE, NC 28277
Your item was delivered to the front desk, reception area, or mail room at 12:57 pm on October 24, 2020 in CHARLOTTE, NC 28277.

October 24, 2020
In Transit to Next Facility

October 21, 2020, 8:27 pm
Departed USPS Regional Facility
CHARLOTTE NC DISTRIBUTION CENTER

October 20, 2020, 7:58 pm
Arrived at USPS Regional Facility
CHARLOTTE NC DISTRIBUTION CENTER

## Product Information ⌄

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage $
Total Postage and Fees $

Postmark Here — OCT 20 2020 — NORTH LAKE STATION, MOORESVILLE NC 28
K. McGhee (SPL)

Sent To: Outback Steakhouse of Florida, LLC
Street and Apt. No., or PO Box No.: 2202 N West Shore Blvd 5th Floor
City, State, ZIP+4: Tampa FL 33607

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7019 2280 0001 2072 5499

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Outback Steakhouse of Florida, LLC
2202 N West Short Blvd
5th Floor
Tampa FL 33607

9590 9402 5632 9308 0494 65

2. Article Number (Transfer from service label)
7019 2280 0001 2072 5499

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Blooming Brands
   2202 N. West Shore Blvd.
   5th floor
   Tampa, Florida 33607-5747
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☒ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**PLAINTIFF'S EXHIBIT B**

Track Another Package +

**Tracking Number:** 70192280000120725499    Remove ×

Your item was delivered to an individual at the address at 2:28 pm on October 26, 2020 in TAMPA, FL 33607.

## ✓ Delivered

October 26, 2020 at 2:28 pm
Delivered, Left with Individual
TAMPA, FL 33607

**Get Updates** ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

October 26, 2020, 2:28 pm
Delivered, Left with Individual
TAMPA, FL 33607
Your item was delivered to an individual at the address at 2:28 pm on October 26, 2020 in TAMPA, FL 33607.

October 26, 2020
In Transit to Next Facility

October 23, 2020, 9:47 pm
Departed USPS Facility
TAMPA, FL 33630

October 22, 2020, 10:53 am
Arrived at USPS Facility
TAMPA, FL 33630

October 20, 2020, 8:37 pm
Departed USPS Regional Facility
CHARLOTTE NC DISTRIBUTION CENTER

October 20, 2020, 7:57 pm
Arrived at USPS Regional Facility
CHARLOTTE NC DISTRIBUTION CENTER

**Product Information** ⌄

See Less ⌃

Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**