IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:20-cv-00225-FL

| | |
|---|---|
| KELLEY MCGLONE, | ) |
| Plaintiff, | ) ) ) **ORDER ON PLAINTIFF'S** |
| Vs. | ) **MOTION TO FILE DOCUMENTS** ) **MANUALLY** |
| OUTBACK STEAKHOUSE OF FLORIDA, LLC, | ) ) ) |
| Defendant. | ) ) |

THIS MATTER having come before the Court on Plaintiff's Motion to File Documents Manually, and

IT APPEARING, for good cause shown, that the Motion should be granted.

IT IS HEREBY ORDERED that the Plaintiff is granted leave to file documents manually in the Eastern District of North Carolina until such time as her counsel's admission to practice in this Court is approved and are set up to file documents through the Court's ECF system.

Entered this 14 day of December, 2020

LOUISE W. FLANAGAN
United States District Judge